PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
RAMIRO GAONA-REGALADO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>RAMIRO GAONA-REGALADO<br><br>   Defendant | CASE NO. 1:07-cr-00052-OWW<br><br>STIPULATION AND ORDER VACATING DATE, AND CONTINUING CASE<br><br>DATE: JULY 2, 2007<br>TIME: 1:30 P.M.<br>JUDGE: HON. OLIVER W. WANGER |

  IT IS HEREBY STIPULATED by and between Assistant United States Attorney Virna Liza Santos, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Ramiro Gaona-Regalado, that the Status Conference date scheduled for July 2, 2007 at 1:30 p.m., be vacated and the status conference be continued to this court's calendar on July 23, 2007, at 1:30 p.m. This continuance is requested due to the fact that parties are working on a plea agreement in this matter.

PDF created with pdfFactory trial version www.pdffactory.com

The court is advised that counsel have conferred about this request, that they have agreed to July 23, 2007 date and that Ms. Santos has authorized Preciliano Martinez to sign this stipulation on her behalf.

IT IS SO STIPULATED

Dated: _____, 2007                    /s/ Preciliano Martinez
                                          PRECILIANO MARTINEZ
                                          Attorney for Defendant
                                          Ramiro Gaona-Regalado


Dated: _____, 2007                    /s/Virna Liza Santos
                                          VIRNA LIZA SANTOS
                                          Assistant United States Attorney

                                          Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

IT IS SO ORDERED.

Dated: 6/29/ 2007                    _/s/Oliver W. Wanger__
                                     OLIVER W. WANGER
                                     United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com